## EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 1 6 2018
```

------------------------------------------------------------X

OTHMAN IBELA,

        Plaintiff,

-against-

THE DALTON SCHOOLS, INC. d/b/a THE
DALTON SCHOOL, MG SECURITY
SERVICES LLC, LUIS A. DESPAINE and
KEVIN HARRINGTON,

        Defendants.

------------------------------------------------------------X

18 Civ. 495 (GBD) (RWL)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Othman Ibela (referred to herein as "Plaintiff") and Dalton Schools, Inc. d/b/a The Dalton School, sued incorrectly herein as The Dalton Schools, Inc. d/b/a The Dalton School (hereinafter "Defendant Dalton"), and MG Security Services LLC (hereinafter "Defendant MG") (Defendant Dalton and Defendant MG collectively hereinafter "Defendants"), through Defendants' undersigned counsel, that the above-captioned action, including all claims and cross-claims, be and are hereby discontinued in their entirety with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

| Othman Ibela | JACKSON LEWIS P.C. | THE INGBER LAW FIRM, PLLC |
|---|---|---|
| *Plaintiff Pro Se* | *Attorneys for Defendant Dalton* | *Attorneys for Defendant MG* |
| 151-20 Baisley Blvd #226 | 666 Third Avenue | 50 Main St., Suite 1000 |
| Jamaica, Queens NY 11434 | New York, NY 10017 | White Plains, NY 10606 |
| Date: 07/03/18 By: [signature] | Date: 8.15.18 By: [signature] | Date: 8.6.18 By: [signature] |

| Othman Ibela | Lori D. Bauer<br>Damon W. Silver | Cliff J. Ingber |

SO ORDERED

*/s/ George B. Daniels*
Hon. George B. Daniels, U.S.D.J.

4821-8964-3628, v. 2        AUG 1 6 2018